UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
B.R.,

                Plaintiff,                   **REPORT & RECOMMENDATION**
                                                                       20 CV 2649 (PKC)(LB)

   -against-

ST. MARKS MEDICAL GROUP, EDMUND
SOLEYMANI, ANDREW D. BLACK, and JOHN
DOES 1-5.

                Defendants.
---------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

     *Pro se* plaintiff commenced this action against defendants on June 12, 2020, ECF No. 1. Plaintiff paid the filing fee to commence the case and therefore was responsible for service of process. Summonses for service were issued that day. ECF No. 2. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). On August 10, 2020, the Court ordered plaintiff to serve defendants with the summons and complaint by November 9, 2020. As plaintiff had failed to file proof of service, on November 16, 2020, the Court again ordered plaintiff to file proof of service on defendants or to show good cause by December 10, 2020 why such service was not made. ECF No. 9. The Court's record does not reflect any response by plaintiff. Apparently, plaintiff has served defendants. Accordingly, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: December 29, 2020
　　　　Brooklyn, New York